IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KELDAH ELIZABETH HEDSTROM, Individually and as the Natural Parent and Guardian of D.O.P., a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>CODY CLAY PETERS,<br><br>Defendant. | CV 22-81-BLG-SPW<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

Before the Court are United States Magistrate Judge Kathleen DeSoto's Findings and Recommendations, filed February 14, 2024. (Doc. 33). Judge DeSoto recommended the Court grant Plaintiff Keldah Elizabeth Hedstrom's Motion for Partial Summary Judgment. (Doc. 28).

The parties were required to file written objections within 14 days of the filing of Judge DeSoto's Findings and Recommendations. 28 U.S.C. § 636(b)(1). Neither party objected to the Findings and Recommendations, and so waived their right to de novo review of the record. *See* 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the

1

Court is left with a "definite and firm conviction that a mistake has been committed." *Government of Guam v. Guerrero*, 11 F.4th 1052, 1059 (9th Cir. 2021) (quoting *C.I.R. v. Duberstein*, 363 U.S. 278, 291 (1960)). After reviewing the Findings and Recommendations, this Court does not find that Judge DeSoto committed clear error.

Accordingly, IT IS HEREBY ORDERED that Judge DeSoto's Findings and Recommendations (Doc. 33) are ADOPTED IN FULL. Plaintiff Keldah Elizabeth Hedstrom's Motion for Partial Summary Judgment (Doc. 28) is GRANTED.

DATED this 4th day of March, 2024.

SUSAN P. WATTERS
United States District Judge