# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| KELDAH ELIZABETH HEDSTROM, Individually and as the Natural Parent and Guardian of D.O.P., a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>CODY CLAY PETERS,<br><br>Defendant. | CV 22-81-BLG-SPW-KLD<br><br>**ORDER ALLOWING ZOOM APPEARANCE AT FINAL PRETRIAL CONFERENCE** |

Upon the Plaintiff's Unopposed Motion to Appear via ZOOM (Doc. 45), at the Final Pretrial Conference, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff, Keldah Hedstrom may appear via Zoom at the Final Pretrial Conference scheduled for March 19, 2025 at 1:30 p.m. In addition, Plaintiff's attorney, Rebecca Swandal, may also appear via Zoom at the Final Pretrial Conference scheduled for March 19, 2025 at 1:30 p.m.

The ZOOM conferencing information is as follows:

https://mtd.zoomgov.com

Mtg. Code: 160 6666 1077

Passcode: 473056

1

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall notify the Plaintiff of the ZOOM conferencing information.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of February, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge