IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KELDAH ELIZABETH HEDSTROM, Individually and as the Natural Parent and Guardian of D.O.P., a Minor,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CODY CLAY PETERS,<br><br>　　　　　Defendant. | CV 22-81-BLG-SPW<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

United States District Judge Watters has referred the above matter for the limited purpose of conducting a settlement conference. Accordingly, a telephonic Scheduling Conference shall be held on **March 27, 2025, at 11:30 a.m.** before Magistrate Judge Timothy J. Cavan to select the date of the settlement conference. Lead trial counsel for the respective parties are required to participate.

Counsel shall use the Court's conferencing system:

　　a.　　Dial: 1-669-254-5252
　　b.　　Enter Meeting ID: 161 207 26414 #
　　c.　　Press # again (bypass the participant ID)

DATED this 20th day of March, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge