Kevin S. Brown
**PAOLI & BROWN, P.C.**
116 West Callender St.
Livingston, MT 59047
Phone: (406)222-4420
Fax:    (406)222-1032
kevin@paolibrown.com

ATTORNEY FOR PLAINTIFFS

Rebecca R. Swandal
**Swandal Law PLLC**
305 East Lewis Street
Livingston, MT 59047
Phone: (406)222-3301
Swandal.law@gmail.com

ATTORNEY FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| KELDAH ELIZABETH HEDSTROM, Individually and as the Natural Parent and Guardian of D.O.P., a Minor,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CODY CLAY PETERS,<br><br>　　　　　　　Defendant. | CV 22-81-BLG-SPW-KLD<br>_____<br><br>**MOTION FOR ENTRY OF JUDGMENT (Unopposed)** |

1

COMES NOW, Plaintiff Keldah Hedstrom, by and through her attorneys, Rebecca R. Swandal and Kevin Brown, and hereby moves this Court to enter the attached judgement, pursuant to a stipulated settlement agreement entered into this Court's record on May 5, 2025. Craig Buehler, counsel for Mr. Peters, has reviewed this motion and proposed judgment and has no objection.


/s/ Rebecca R. Swandal  
Attorney for Plaintiffs

/s/ Kevin S. Brown  
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I, the undersigned, a representative of the law firm of Paoli & Brown, P.C. hereby certify that, on June 20, 2025, I served a true and complete copy of the foregoing MOTION FOR ENTRY OF JUDGMENT on the following persons by the following means:

__X__ CM/ECF

Craig R. Buehler
224 W. Main, Suite 414
Lewistown, MT 59457
406-538-2466
crbuehler@midrivers.com
buehler2@midrivers.com

                                     /s/ Lauren Koby