## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| KELDAH ELIZABETH HEDSTROM, Individually and as the Natural Parent and Guardian of D.O.P., a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>CODY CLAY PETERS,<br><br>Defendant. | Cause No.: CV 22-81-BLG-SPW-KLD<br><br>**JUDGMENT** |

Pursuant to a stipulated settlement agreement entered into this Court's record on May 5, 2025,

IT IS ORDERED AND ADJUDGED: Judgment is entered for monetary amounts as follows:

JUDGMENT - 1

1. For Plaintiff Keldah Elizabeth Hedstrom and against

   Defendant Cody Peters: $112,500.00

2. For Keldah Hedstrom, as the natural parent and

   Guardian/Conservator of D.O.P., a minor: $37,500.00

DATED this _____ day of June, 2025

_____
SUSAN P. WATTERS
United States District Judge