IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KELDAH ELIZABETH HEDSTROM, Individually and as the Natural Parent and Guardian of D.O.P., a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>CODY CLAY PETERS,<br><br>Defendant. | CV-22-81-BLG-SPW-KLD<br><br>JUDGMENT |

Pursuant to a stipulated settlement agreement entered into this Court's record on May 5, 2025,

IT IS SO ORDERED AND ADJUDGED: Judgment is entered for monetary amounts as follows:

1. For Plaintiff Keldah Elizabeth Hedstrom and against Defendant Cody Peters: $112,500.00

2. For Keldah Hedstrom, as the natural parent and Guardian/Conservator of D.O.P., a minor: $37,500.00

DATED this 23rd day of June, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge